# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Allison Charlene Howard, | **JUDGMENT IN CASE** |
| Plaintiff(s), | 3:19-cv-00531-KDB |
| vs. | |
| Andrew M. Saul, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 6, 2020 Order.

May 6, 2020

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court